924

M. P. No. 73-176. FERNAND PLANTE *et al. v.* RUSSELL BERARD *et al.* The above-entitled matter, which was assigned to Wednesday, February 5, 1975, is removed from the Continuous Argument List and reassigned to the first week of March 1975. *Goldman, Biafore and Hines, John H. Hines, Jr., Dennis H. Esposito,* for plaintiffs-appellees. *M. Durkan Cannon,* Asst. City Solicitor, for defendants-appellants, Zoning Board of Review. *Macktaz, Keefer and Kirby, Richard F. Kirby, Howard R. Croll,* for defendant-appellant, New Bocce Club, Inc.

M. P. No. 74-320. VICTOR WALKA *v.* FRANK BESTWICK, JR. VICTOR WALKA *v.* WILLIAM COLLINS. Matter assigned to the calendar for February 7, 1975 for oral argument. Paolino and Joslin, JJ. not participating. *Letts, Quinn & Licht, Daniel J. Murray, Jerome B. Spunt, Frank Licht,* for respondent-appellee. *Alan H. Pearlman,* for petitioners-appellants.

M. P. No. 74-325. STATE *v.* LEONARD JEFFERSON. Motion of defendant to be admitted to bail pending appeal is assigned to the calendar of February 7, 1975 for oral argument on the motion. Paolino and Joslin, JJ. not participating. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Walter R. Stone,* Asst. Public Defender, for defendant.

M. P. No. 75-23. IN RE WILLIAM J. O'COIN, JR. Petitioner's request for permission to take the Rhode Island bar examination in February, 1975 is granted. Paolino and Joslin, JJ. not participating. *William J. O'Coin, Jr.,* petitioner, pro se.